IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )         8:08CR84
                             )
     v.                      )
                             )
CORNELIUS BARNES,            )         ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion to set hearing on plaintiff's request for departure (Filing No. 79). Accordingly,

IT IS ORDERED that the motion is granted; a hearing on plaintiff's motion pursuant to Rule 35 (Filing No. 72) is scheduled for:

**Wednesday, May 5, 2010, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. Defendant need not be present.

DATED this 22nd day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court