```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR84 |
| | ) | |
| v. | ) | |
| | ) | |
| CORNELIUS BARNES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 97). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to seal is granted; plaintiff's motion (Filing No. 98) shall remain sealed pending further order of the Court.

DATED this 24th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court